

# United States District Court
# Eastern District of California



FILED
APR 05 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jeel Kesaria

Plaintiff(s)

V.

Alejandro Mayorkas, et al.

Defendant(s)

Case Number: 1:22-CV-330 DAD EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Erin C. Cobb _____hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Jeel Kesaria

On ___11/09/2006___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Illinois___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___03/22/2022___      Signature of Applicant: /s/ ___Erin C. Cobb___

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Erin C. Cobb

Law Firm Name: Kriezelman Burton & Associates, LLC

Address: 200 W Adams, Suite 2211

City: Chicago   State: IL   Zip: 60606

Phone Number w/Area Code: (312) 332-2550

City and State of Residence: Chicago, Illinois

Primary E-mail Address: ecobb@krilaw.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sabrina Damast

Law Firm Name: Law Office of Sabrina Damast, Inc.

Address: 510 West 6th Street, Suite 330

City: Los Angeles   State: CA   Zip: 90014

Phone Number w/Area Code: (323) 475-8716   Bar #: 305710

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/5/22

_____
JUDGE, U.S. DISTRICT COURT