PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEEL KESARIA, | CASE NO. 2:22-CV-00330-DAD-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| ALEJANDRO MAYORKAS, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.

This case concerns Plaintiff's application for immigration benefits, which she filed on May 1, 2020. On May 18, 2022, USCIS issued a request for evidence. Plaintiff has until August 12, 2022 to respond to USCIS's request for evidence. USCIS anticipates it will be able to promptly complete adjudication of Plaintiff's application once it receives Plaintiff's RFE response, which will render this lawsuit moot.

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is September 2, 2022. The parties further request that all other filing deadlines be similarly extended, and that the status conference, currently scheduled for July 12, 2022, be vacated and reset.

1

1 | Respectfully submitted,

3 | Dated:  May 19, 2022          PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ ERIN C. COBB
ERIN C. COBB
Counsel for Plaintiffs

**ORDER**

Pursuant to the parties' stipulation (ECF No. 10), IT IS HEREBY ORDERED that the deadline for Defendants to file a response to the complaint is extended to September 2, 2022. Additionally, the Initial Scheduling Conference currently set for July 12, 2022, is continued to **October 12, 2022 at 11:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. To appear telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@uscourts.gov for the Court's review.

IT IS SO ORDERED.

Dated:   **May 20, 2022**                         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE