UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEEL KESARIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-00330-DAD-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL<br><br>(ECF No. 12). |

On June 24, 2022, the parties filed a joint stipulation dismissing this action with each party bearing its own costs of litigation. (ECF No. 12). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **August 22, 2022**                              /s/ Erica P. Grosjean
                                                                                      UNITED STATES MAGISTRATE JUDGE